**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **EDGAR ERICK EMMANUEL REYES LI GAMBI**, *Petitioner*, v. **WARDEN, DELANEY HALL DETENTION FACILITY**, ***et al.***, *Respondents*. | No. 26-cv-13105 **ORDER** |

**O'HEARN, District Judge.**

**THIS MATTER** comes before the Court by way of Petitioner's *pro se* Petition for a Writ of Habeas Corpus challenging his continued detention, and seeking, among other relief, immediate release from custody. (ECF No. 1). The Court reserves the right to issue an Opinion in this matter. The Court has considered the parties' submissions, and the record before it, and for reasons to be stated in a forthcoming Opinion**,**

**IT IS**, on this 13th day of November, 2026,

**ORDERED** that the Petition, (ECF No. 1), is **GRANTED**; and it is further

**ORDERED** that Respondents shall **RELEASE** Petitioner **IMMEDIATELY** and no less than twenty-four (24) hours from this date and time (a) in the State of New Jersey or otherwise as close to the place of initial arrest as reasonably practicable; (b) without additional conditions (such as ankle monitors or other electronic tracking devices); and (c) with all personal property seized at the time of arrest; and it is further

**ORDERED** that, if release occurs pursuant to this Order, to effectuate meaningful relief, Respondents shall not arrest, detain, or otherwise take Petitioner into custody for fourteen (14)days

following his release.[1] This Court shall retain jurisdiction over any effort to re-arrest or re-detain Petitioner, and Petitioner may move to reopen these proceedings without filing a new habeas petition; and it is finally

**ORDERED** that Respondents shall file confirmation of Petitioner's release within twenty-four hours after entry of this Order.

Christine P. O'Hearn

**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: November 13, 2026

[1] But nothing in this Order shall be construed as enjoining Respondents from re-detaining Petitioner in the event of materially changed circumstances bearing on the statutory basis for detention.